# SAALFIELD, SHAD, JAY, STOKES, INCLAN & STOUDEMIRE, P.A.

### Attorneys at Law
F.E.I.N. 59-2972592

Post Office Box 41589
Jacksonville, Florida 32203-1589

TRAVASE L. ERICKSON
CLEMENTE J. INCLAN
HARVEY L. JAY III
F. DUKE REGAN
JOHN R. SAALFIELD
CHARLES THOMAS SHAD
JOSEPH B. STOKES III
RICHARD M. STOUDEMIRE
JENIFER S. WORLEY

PHYSICAL ADDRESS:
BANK OF AMERICA TOWER
50 N. LAURA STREET, SUITE 2950
JACKSONVILLE, FLORIDA 32202

TELEPHONE: (904) 355-4401

FACSIMILE: (904) 355-3503

March 11, 2011

Cheri Melchiore
Claims Examiner
T.H.E. Insurance Company
P.O. Box 67008
Treasure Island, FL 33736-70708

## *I N V O I C E*

Re:  Claimant:  Larue Perkins v. Tolen, Rutherford and Jax Lanes, Inc.
     Insured:   Jax Lanes, Inc.
     Claim No.: 137501
     D/O/I:     1.19.08
     Our File:  518.10179

Dear Cheri:

Enclosed please find an invoice dated March 9, 2011, from **Riley Reporting & Associates**, in the amount of **$1,334.20**, for the depositions of the Plaintiff, Larue Perkins and his wife, Michelle Perkins, in the above-referenced case.

It would be appreciated if you would place this statement in line for payment at your earliest opportunity **made payable to, and sent directly to, Riley Reporting & Associates, 1660 Prudential Drive, Suite 210, Jacksonville, Florida, 32207, Tax I.D. #59-3222392,** as outlined in the attached statement.

Very truly yours,

Joseph B. Stokes, III

JBSIII:psw
Enclosure



EXHIBIT
A

# Riley Reporting & Associates, Inc.

1660 Prudential Drive
Suite 210
Jacksonville, FL 32207
Fed. Id. No. 59-3222392

## Invoice

| Date | Invoice # |
|------|-----------|
| 3/9/2011 | 11-700 |

Bill To:

Joseph B. Stokes, III, Esquire
Saalfield, Shad, Jay, Stokes &
Inclan, P.A
50 North Laura Street, Suite 2950
Jacksonville, Florida 32202

| Terms | Reporter |
|-------|----------|
| Net 30 | DA |

| Description | Serviced | Amount |
|-------------|----------|--------|
| Attendance Reporter (9:30a - 2:41p) | 2/25/2011 | 150.00 |
| Transcripts Original & Copy | | 1,142.40 |
| Color Exhibits | | 16.00 |
| B&W Exhibits | | 0.80 |
| CD with Exhibits | | 20.00 |
| E-transcripts | | 5.00 |

Larue Perkins vs. Robert Tolen, Individually; John Rutherford, in his official capacity as Sheriff
of the Consolidated City of Jacksonville, Florida; and Jax Lanes, Inc.
Case No. 3:10-cv-851-J-99MMH-TEM

Depositions of LARUE PERKINS and MICHELLE PERKINS

Thank you for your business, Daphne Avedon, FPR.

**Total**     **$1,334.20**

| Client | Trans Date | Tmkr | E/A | H P | Ref/ Memo | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2010 | JBS | | | | | | 11.60 | Photocopies @ $.20 each | ARCH |
| | 12/31/2010 | JBS | | | | | | 1.20 | Photocopies @ $.20 each | ARCH |
| | 12/31/2010 | JBS | | | | | | 9.40 | Photocopies @ $.20 each | ARCH |
| | 01/20/2011 | PBE | | | | | | 5.00 | Tax Collector - Records/Incident Report | ARCH |
| | 01/31/2011 | JBS | | | | | | 4.20 | Photocopies @ $.20 each | ARCH |
| | 01/31/2011 | JBS | | | | | | 1.20 | Photocopies @ $.20 each | ARCH |
| | 01/31/2011 | JBS | | | | | | 5.60 | Photocopies @ $.20 each | ARCH |
| | 01/31/2011 | JBS | | | | | | 29.60 | Photocopies @ $.20 each | ARCH |
| | 01/31/2011 | JBS | | | | | | 4.00 | Photocopies @ $.20 each | ARCH |
| | 02/14/2011 | KGM | | | | | | 52.41 | Iron Mountain - Inv ISHAFL1029553 Copies of Records from Shands IRM | ARCH |
| | 02/28/2011 | JBS | | | | | | 12.60 | Photocopies @ $.20 each | ARCH |
| | 02/28/2011 | JBS | | | | | | 1.20 | Photocopies @ $.20 each | ARCH |
| | 03/06/2011 | KGM | | | | | | 345.00 | First Coast Court Reporters - Inv 20110360 - 2/16/11 Depo of Robert Tolen | ARCH |
| | 03/10/2011 | KGM | | | | | | 100.00 | HealthPort - Inv 0087652457 Medical Records from MHJ | ARCH |
| | 03/31/2011 | JBS | | | | | | 0.80 | Photocopies @ $.20 each | ARCH |
| | 04/24/2011 | KGM | | | | | | 180.20 | First Coast Court Reporters - Inv 20110732 - 4/20/11 Depo of Matthew Dilorio | ARCH |
| | 04/30/2011 | JBS | | | | | | 17.00 | Photocopies @ $.20 each | ARCH |
| | 05/12/2011 | PBE | | | | | | 80.53 | HealthPort - Inv 0090463088 Copies of Medical Records | ARCH |
| | 05/13/2011 | PBE | | | | | | 1.00 | Publix Super Markets, Inc. - Copies of Pharmacy Records | ARCH |
| | 05/25/2011 | PBE | | | | | | 90.00 | Certified Court Reporters, Inc. - Inv 39091 5/16/11 Depo of Dr. Steinberg | ARCH |
| | 06/08/2011 | JBA | | | | | | | | |
| | 06/28/2011 | PBE | | | | | | 262.50 | Riley Reporting & Associates, Inc. - Inv 11-1891 6/20/11 Depo of Joseph Tucker | |
| | 11/29/2011 | JBS | | | | | | 5.80 | Photocopies @ $.20 each | ARCH |
| | 11/30/2011 | JBS | | | | | | 5.80 | Photocopies @ $.20 each | ARCH |
| | 11/30/2011 | JBS | | | | | | 7.60 | Photocopies @ $.20 each | ARCH |
| | 12/02/2011 | JBS | | | | | | | | |
| | 12/07/2011 | PBE | | | | | | 430.00 | Bledsoe, Schmidt & Wilkinson PA-mediation expense | ARCH |
| | 02/29/2012 | JBS | | | | | | 3.20 | Photocopies @ $.20 each | ARCH |
| | 05/01/2012 | CMM | | | | | | 46.00 | Alfred Moreno witness fee | 34 |
| | 05/02/2012 | CMM | | | | | | 46.00 | Matthew Dilorio witness fee | 35 |

Billable       T.H.E. Insurance Company
Perkins v. Tolen, Rutherford and Jax Lanes

**GRAND TOTALS**

Billable    $1759.44