**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**LARUE PERKINS,**

    **Plaintiff,**

**v.**                                                   **Case No: 3:10-cv-851-J-37TEM**

**ROBERT TOLEN and JOHN RUTHERFORD,**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on Former Defendant Jax Lanes, Inc.'s Amended Verified Motion to Tax Costs (Doc. No. 87), filed on May 31, 2012. The United States Magistrate Judge Thomas E. Morris has submitted a report recommending that the motion be granted in part and denied in part. (Doc. No. 97, p. 1.)

After an independent review of the record in this matter, and noting that no objections have been made, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation filed on July 13, 2012 (Doc. No. 97) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Amended Verified Motion to Tax Costs (Doc. No. 87) is **GRANTED to the extent** that Jax Lanes, Inc. is awarded costs in the amount of $2,620.69 ($2,211.90 for depositions, $89.85 for miscellaneous photocopies, $80.00 for witness fees, and $238.94 for records retrieval).

**DONE** and **ORDERED** in Jacksonville, Florida on August 7, 2012.

*[signature]*
ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Counsel of Record